UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00091

**Rotrick Deon Ivory,**
*Plaintiff,*
v.
**T. Jackson,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

Plaintiff Rotrick Ivory, proceeding *pro se* and *in forma pauperis*, filed this action on February 4, 2019. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On February 4, 2020, Judge Mitchell entered a report and recommendation that the case be dismissed with prejudice as frivolous and for the failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) Doc. 14. Plaintiff filed no objections.

When no party objects to a magistrate judge's report and recommendation within 14 days of service, the district court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (cleaned up). There is no clear error.

Accordingly, the report and recommendation (Doc. 14) is **adopted**. This case is **dismissed with prejudice** as frivolous and for the failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915A(b)(1). Any pending motions are denied as moot. The clerk of court is **directed** to close this case.

*So ordered by the court on April 13, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge